IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRET ANTHONY                                                                                              PLAINTIFF

v.                                          Case No. 1:25-cv-01028

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                                               DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed on January 8, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 13). Judge Singleton found that the decision of the Administrative Law Judge ("ALJ") denying benefits to Plaintiff is not supported by substantial evidence and therefore recommends that the Court reverse and remand Plaintiff's case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. Accordingly, judgment is hereby entered in favor of Plaintiff, and the decision of the Commissioner of Social Security in this matter is **REVERSED**. This matter is hereby **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

Additionally, if Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "non appealable" (i.e., thirty (30) days after the sixty (60) day time for appeal has ended). *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); 28 U.S.C. §§

2412(d)(1)(B), (d)(2)(G).

   **IT IS SO ORDERED**, this 19th day of February, 2026.

                        <u>/s/ Susan O. Hickey</u>
                         Susan O. Hickey
                         United States District Judge